1  DOUGLAS J. FARMER, CA Bar No. 139646
   douglas.farmer@ogletree.com
2  BRIAN D. BERRY, CA Bar No. 229893
   brian.berry@ogletree.com
3  LISA M. BOWMAN, CA Bar No. 253843
   lisa.bowman@ogletree.com
4  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
5  One Market Plaza
   San Francisco, CA  94105
6  Telephone:  415.442.4810
   Facsimile:   415.442.4870
7
8  Attorneys for Defendant
   HOSPITALITY STAFFING SOLUTIONS, LLC
9

10              **UNITED STATES DISTRICT COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12

| 13  MIGUEL QUEVEDO, individually and on behalf of all others similarly situated, | Case No. 8:17−cv−00547−AG−KES |
|---|---|
| 14 | |
| 15          Plaintiff, | **ORDER RE JOINT STIPULATION OF DISMISSAL** |
| 16      vs. | |
| 17  HOSPITALITY STAFFING SOLUTIONS, LLC, a limited liability company; HOSPITALITY STAFFING SOLUTIONS GROUP, LLC, a business form unknown, and DOES 1-50, inclusive, | Action Filed:  January 19, 2017<br>Trial Date:     None Set |
| 18 | |
| 19 | |
| 20 | |
| 21          Defendants. | |

22
23
24
25
26
27
28

ORDER RE JOINT STIPULATION OF DISMISSAL

The Court, having considered the Parties' Joint Stipulation to dismiss the present action, and with good cause appearing, the Court hereby orders as follows:

Plaintiff's individual claims in this action are hereby dismissed with prejudice. Further, Plaintiff's putative class claims are hereby dismissed without prejudice.

**IT IS SO ORDERED.**

August 03, 2017

By: _____
The Hon. Andrew Guilford
U.S. District Court Judge